UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHNNY KARMO,
    Plaintiff,
v.
    Case No. 3:09-cv-705-J-20JRK

THE GINN COMPANIES, LLC, et al.,
    Defendants.
_____/

## ORDER

This cause is before this Court on "Defendant the Ginn Companies, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint and Incorporated Memorandum of Law" (Dkt. 145) and Plaintiff's response thereto (Dkts. 151).

In this motion, Defendant the Ginn Companies, LLC allege they have not been served with process, and therefore, this Court lacks personal jurisdiction over them; pursuant to Rule 12(b)(2). In the response, Plaintiff has not adequately explained why Defendant the Ginn Companies, LLC was not served with process.

Accordingly it is **ORDERED** and **ADJUDGED**:

1. "Defendant the Ginn Companies, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint and Incorporated Memorandum of Law" (Dkt. 145) is **GRANTED**;

2. Defendant the Ginn Companies, LLC is **DISMISSED** from this action without prejudice.

**DONE AND ENTERED** at Jacksonville, Florida, this 30t day of June, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
David H. Pollack, Esq.
Joseph A. Shallal, Esq.
Joshua Lerner, Esq.
John A. Lockett, III, Esq.
John L. Morrow, Esq.
Michael L. Duncan, Esq.
Elizabeth Howanitz, Esq.
Richard E. Ramsey, Esq.
William P. Heller, Esq.
Robert C. Graham, Esq.
Lawrence H. Kunin, Esq.
Joshua A. Lerner, Esq.