FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 APR 14 AM 9: 07

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

JOHNNY KARMO,

**Plaintiff,**

v.

Case No.: 3:09-cv-705-J-20JBT

THE GINN COMPANIES, LLC,
GINN DEVELOPMENT COMPANY, LLC
GINN REAL ESTATE COMPANY, LLC
SUNTRUST MORTGAGE, INC., and
CAMERON, DAVIS & GONZALEZ,

**Defendants.**
_____/

## ORDER

This matter is before this Court on the "Defendants Ginn Development Company, LLC and Ginn Real Estate Company, LLC's Unopposed Motion for Extension of Case Management Deadlines and Incorporated Memorandum of Law" (Dkt. 164). In the motion, the Ginn Defendants request that this Court extend certain case management deadlines.

Accordingly, it is **ORDERED**:

1. "Defendants Ginn Development Company, LLC and Ginn Real Estate Company, LLC's Unopposed Motion for Extension of Case Management Deadlines and Incorporated Memorandum of Law" (Dkt. 164) is **GRANTED**;

2. Following the ruling on the pending Motion to Dismiss, this Court will enter a new scheduling Order; and

3. Once the new deadlines have been established, the parties will be permitted to amend any dispositive motions that have already been filed.

**DONE AND ENTERED** at Jacksonville, Florida, this <u>13th</u> day of April, 2011.

                                        HARVEY E. SCHLESINGER
                                        UNITED STATES DISTRICT JUDGE

Copies to:
David H. Pollack, Esq.
Joseph A. Shallal, Esq.
Robert C. Graham, Esq.
Michael L. Duncah, Esq.
Elizabeth H. Howanitz, Esq.
William P. Heller, Esq.